## Commonwealth *v.* Hillsman, Appellant.

Submitted March 17, 1975. *Richard A. Consiglio,* Public Defender, for appellant; *Amos C. Davis,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Hilton, Appellant.

Submitted November 11, 1974. *Samuel F. Rizzo,* Assistant Public Defender, for appellant; *D. Gerard Long,* Assistant District Attorney, and *Caram J. Abood,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.